AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Elizabeth Ann Crotty; James Kenneth Orzech,     ) | |
| ) | 4:17-cv-02893-RBH |
| Plaintiff(s),     ) | |
| vs     ) | |
| ) | |
| Windjammer Village of Little River South Carolina     ) | |
| Property Owners Association,     ) | |
| Defendant(s).     ) | |

## SUMMARY JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐ the plaintiff *(name)*_____ recover from the defendant *(name)*_____ the amount of

_____dollars ($_____), which includes prejudgment interest at the rate of _____%, plus post

judgment interest at the date of _____%, along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____

recover costs from the plaintiff *(name)*_____.

✔ other: Summary Judgment is entered for Defendants Windjammer Village of Little River South Carolina

Property Owners Association and this action is hereby dismissed with prejudice. To the extent Plaintiffs have brought any state law claims, the Court declines to exercise supplemental jurisdiction pursuant to 28 § U.S.C. 1367(c)(3), and these claims are dismissed without prejudice.

This action was   *(check one):*
❐ tried by a jury with Judge_____presiding, and the jury has rendered a verdict.

❐ tried by a jury with Judge_____without a jury and the above decision was reached. rendered a verdict.

✔ decided by the Honorable R. Bryan Harwell, United States District Judge, who adopts the Report and Recommendation of the Honorable Thomas E Rogers, III, United States Magistrate Judge, which grants Windjammer Village of Little River South Carolina Property Owners Association's Motion for Summary Judgment.

                                                                           Robin L. Blume
                                                                   CLERK OF COURT

September 24, 2018                                                By: <u>s/Leah M. Suttles</u>
                                                                         Deputy Clerk